UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
|---|---|---|
| | § | |
| Dorothy J. Moore | § | 17-04788 |
| | § | **HON.** James W. Boyd |
| Debtor(s) | § | **Filed:** 10/16/2017 |

## APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Application is made by the undersigned for allowance of reasonable attorney fees and expenses of $1071.68 to be paid from the monies paid in by or on behalf of the Debtor, under the provision of Debtor's Chapter 13 estate. Services rendered for the Debtor are as follows:

**See Attached Statements**

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than employees of the law firm he is associated with. This is the Third application for compensation and reimbursement of expenses. The total fees requested in this application are $1061.00; the total costs advanced requested are $10.68. The fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
|---|---|---|---|---|
| 3,650.00 | 0.00 | 3,650.00 | 0.00 | 1/5/2018 |
| 1,019.00 | 27.44 | 1,004.00 | 27.44 | 7/22/2019 |
| 1,429.00 | 26.32 | 1,429.00 | 26.32 | 4/23/2020 |

Approved fees and expenses remain unpaid in the amount of $ _0.00_ .
This application is not filed less than 120 days after prior application to the Court.

Wherefore, Applicant seeks approval of attorney fees and costs advanced in the amount of $1071.68, and that the same be paid through the Plan by Debtors' Chapter 13 Trustee.

Dated: 7/30/2021                                     /s/
                                                                Jeffrey D. Mapes (P70509)
                                                                Mapes Law Offices
                                                                Attorney for Debtor(s)
                                                                29 Pearl St NW Suite 305
                                                                Grand Rapids, MI 49503
                                                                (616) 719-3847

SUMMARY SHEET

| | | |
|---|---|---|
| **IN RE:** | § § | |
| **Dorothy J. Moore** | § § | 17-04788 |
| | § | **HON.** James W. Boyd |
| **Debtor(s)** | § | **Filed:** 10/16/2017 |

Fees & Expenses Previously Requested:   $6151.76
Fees & Expenses Previously Awarded:    $6136.76

NAME OF APPLICANT:      Mapes Law Offices
ROLE IN THIS CASE:      Attorney for Debtor(s)

CURRENT APPLICATION:    Fees Requested:       $1061.00
                        Expenses Requested:   $10.68

Fee Application

| | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| Attorneys: | | | |
| Jeffrey D. Mapes | 0.40 | $275.00* | $110.00 |
| George J. George | 3.30 | $220.00 | $726.00 |
| Paraprofessionals: | | | |
| Keaton F. Kolbe | 1.60 | $125.00 | $200.00 |
| Jeffrey A. Radike | 0.20 | $125.00 | $25.00 |

TOTAL HOURS BILLED:  3.70
(Excluding Paraprofessionals)

*Jeffrey D. Mapes was approved to bill $275.00 per hour on 06/30/2019.

## Law Office of Jeffrey Mapes

**INVOICE**

29 Pearl St. NW Ste. 305
Grand Rapids, MI 49503
United States

Invoice # 446
Date: 07/30/2021
Due On: 08/29/2021

Dorothy Jean Moore
331 Fox SW
Grand Rapids, MI 49507

## 17-04788

## Moore, Dorothy J.

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04/15/2020 | KFK | DEAD re: fee app - prep only | 0.10 | $125.00 | $12.50 |
| 05/28/2020 | KFK | Phone call from client to discuss loss of income. | 0.30 | $125.00 | $37.50 |
| 06/03/2020 | GJG | Call from client re: retirement options | 0.30 | $220.00 | $66.00 |
| 08/21/2020 | GJG | Client needs to discuss her loss of income and job search. Review docs and em,ail with questions. | 0.50 | $220.00 | $110.00 |
| 09/01/2020 | GJG | Phone Appt.: Phone appt to discuss options re loss of job and motion to dismiss. Need more info. Asked debtor for additional documentation and set follow up for next week. | 0.50 | $220.00 | $110.00 |
| 09/09/2020 | KFK | Email client re docs needed. | 0.20 | $125.00 | $25.00 |
| 09/16/2020 | JAR | Call from client re making plan payments. | 0.20 | $125.00 | $25.00 |
| 09/17/2020 | GJG | Phone Appt.: Phone Appt to discuss MTD. Debtor decided to give it a try with the higher payment to restore plan feasibility. | 0.30 | $220.00 | $66.00 |
| 09/18/2020 | GJG | Draft/File Documents: Draft second post-confirmation amended plan and amended schedules, mail to Debtor for review/signing. | 0.50 | $220.00 | $110.00 |
| 09/21/2020 | KFK | Email client re MTD and plan. | 0.30 | $125.00 | $37.50 |
| 09/23/2020 | GJG | Draft/File Documents: Draft and file response to trustee's motion to dismiss | 0.30 | $220.00 | $66.00 |
| 09/25/2020 | GJG | Tax return review: Review 2019 tax returns and compare income to Schedule I. Delegated to KFK to redact and upload returns to trustee. | 0.30 | $220.00 | $66.00 |

Invoice # 446 - 07/30/2021

| Date | | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 10/07/2020 | KFK | Call from client re retirement account and contributions. | 0.20 | $125.00 | $25.00 |
| 11/16/2020 | KFK | Call to client to see if she rec'd/mailed the amendment docs back. She said she mailed them back right after she got them. Email JDM and KLM to see if either of them have them by chance. | 0.10 | $125.00 | $12.50 |
| 11/18/2020 | KFK | Call to client for unemployment income docs. She gets it on a debit card. She's going to get a transaction summary showing the deposits. | 0.10 | $125.00 | $12.50 |
| 11/23/2020 | KFK | Mailed letter to client with new payment amount | 0.10 | $125.00 | $12.50 |
| 12/23/2020 | KFK | Called client following up on debit card statements showing unemployment deposits. She's waiting on them from the debit card company. She's going to follow up with them and let me know the status. | 0.10 | $125.00 | $12.50 |
| 01/04/2021 | GJG | Email to client re MTD. | 0.20 | $220.00 | $44.00 |
| 01/05/2021 | GJG | Review statements from client, email kfk. | 0.20 | $220.00 | $44.00 |
| 02/10/2021 | GJG | Respond to trustee email re MTD. | 0.20 | $220.00 | $44.00 |
| 04/13/2021 | KFK | Mailed letter to client showing who is paid in the bk | 0.10 | $125.00 | $12.50 |
| 07/30/2021 | JDM | Prepare itemized statement, draft fee application and related documents. | 0.40 | $275.00 | $110.00 |
| | | | **Services Subtotal** | | **$1,061.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 09/18/2020 | Postage-Stamp: Postage to mail plan amendment to debtor for her to sign. | 1.00 | $0.50 | $0.50 |
| 11/23/2020 | Postage-Stamp: Mailed letter to client re: new payment amount | 1.00 | $0.50 | $0.50 |
| 04/13/2021 | Postage - Metered: Mailed statement from Tee's website showing payees to client | 1.00 | $0.51 | $0.51 |
| 07/30/2021 | Copies: Copies for Fee Application | 28.00 | $0.20 | $5.60 |
| 07/30/2021 | Postage-Stamp: Postage for Fee Application | 7.00 | $0.51 | $3.57 |
| | | **Expenses Subtotal** | | **$10.68** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| George J. George | Associate Attorney | 3.3 | $220.00 | $726.00 |
| Jeff Mapes | Managing Partner | 0.4 | $275.00 | $110.00 |

Invoice # 446 - 07/30/2021

| Keaton Kolbe | Non-Attorney | 1.6 | $125.00 | $200.00 |
| Jeff Radike | Non-Attorney | 0.2 | $125.00 | $25.00 |
| | | | **Subtotal** | **$1,071.68** |
| | | | **Total** | **$1,071.68** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 446 | 08/29/2021 | $1,071.68 | $0.00 | $1,071.68 |
| | | | **Outstanding Balance** | **$1,071.68** |
| | | | **Total Amount Outstanding** | **$1,071.68** |

Please make all amounts payable to: Law Office of Jeffrey Mapes

Please pay within 30 days.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
|---|---|---|
| | § | |
| **Dorothy J. Moore** | § | 17-04788 |
| | § | **HON.** James W. Boyd |
| **Debtor(s)** | § | **Filed:** 10/16/2017 |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 AND NOTICE OF RIGHT TO OBJECT

Take Notice that the following professionals persons have submitted an application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| **Professional** | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
|---|---|---|---|
| Mapes Law Offices, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503 | $1061.00 | $10.68 | $6,136.76 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan. Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:

(X) Allowance of the fees will reduce the amount paid to general unsecured creditors.
(X) Allowance of the fees may delay payment to general unsecured creditors.
( ) Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by ___ months, for a total of ___ months.
( ) Other: _____

NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) or (202 West Washington Street, 3rd Floor, Marquette, MI 49855) Monday - Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

Any Objection must be timely filed with: U.S. Bankruptcy Court WDMI, One Division Ave. NW, Rm. 200 Grand Rapids, MI 49503 A copy of any objection must also be served upon Jeffrey D. Mapes PLC, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503.

Date Notice Served: 7/30/2021      __/s/_____
                                   Jeffrey D. Mapes, Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| **Dorothy J. Moore** | § | 17-04788 |
| | § | **HON.** James W. Boyd |
| **Debtor(s)** | § | **Filed:** 10/16/2017 |

### ORDER APPROVING APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Present: **HON.** James W. Boyd
Bankruptcy Judge

This matter having come before the Court upon the Application for Additional Attorney Fees and/or Recovery of Costs Advanced, by Mapes Law Offices, Counsel for the Debtor(s); Notice to Creditors and Other Parties of Interest having been served upon all interested parties on or about 7/30/2021; no written objections to said Notice having been filed, and the Court being otherwise fully advised in the premises from which entry of an order appears proper, THEREFORE,

IT IS HEREBY ORDERED that the Application for Additional Attorney Fees and/or Recovery of Costs Advanced in this case be allowed in the amount of $1071.68. Fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
| --- | --- | --- | --- | --- |
| 3,650.00 | 0.00 | 3,650.00 | 0.00 | 1/5/2018 |
| 1,019.00 | 27.44 | 1,004.00 | 27.44 | 7/22/2019 |
| 1,429.00 | 26.32 | 1,429.00 | 26.32 | 4/23/2020 |

Leaving a balance of $1071.68 in additional fees to be paid by the Trustee through the Chapter 13 Plan.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Debtors: 331 Fox SW, Grand Rapids, MI 49507; Chapter 13 Trustee, PO Box 51109, Kalamazoo MI, 49005; U.S. Trustee, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503; and, Mapes Law Offices, Counsel for Debtor(s), 29 Pearl St NW, Suite 305, Grand Rapids MI 49503.

END ORDER.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:** § | |
| § | |
| **Dorothy J. Moore** § | 17-04788 |
| § | **HON.** James W. Boyd |
| **Debtor(s)** § | **Filed:** 10/16/2017 |

## CERTIFICATE OF SERVICE

Document(s) Served:

1. Application for Addition Attorney Fees and/or Recovery of Costs Advanced
2. Itemized Statement
3. Notice of & Opportunity to Object to Application for Additional Attorney Fees and/or Recovery of Costs
4. Proposed Order Approving Application for Additional Attorney Fees and/or Recovery of Costs
5. Certificate of Service

Person(s) Served:

1. See attached Creditor Matrix

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 7/30/2021                /s/
                                                Jeffrey D. Mapes
                                                Mapes Law Offices
                                                29 Pearl Street NW, Suite 305
                                                Grand Rapids, MI 49503

```
Label Matrix for local noticing          AmeriCredit Financial Services, Inc dba GM F    (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
0646-1                                   P O Box 183853                                  PO BOX 183853
Case 17-04788-jwb                        Arlington TX 76096-3853                         ARLINGTON TX 76096-3853
Western District of Michigan
Grand Rapids
Fri Jul 30 12:15:43 EDT 2021

Angelo Moore                             Jenelle C. Arnold                               Barbara Tsuturova
331 Fox St. SW                           Aldridge Pite, LLP                              PO Box 2878
Grand Rapids MI 49507-1548               4375 Jutland Dr.                                Holland MI 49422-2878
                                         San Diego, CA 92117-3600


Bayview Loan Servicing, LLC              Borgess Health                                  Bronson Healthcare Group
4425 Ponce De Leon Blvd., 5th Floor      1521 Gull Road                                  Dept #77400
Coral Gables FL 33146-1873               Kalamazoo MI 49048-1666                         PO Box 77000
                                                                                         Detroit MI 48277-2000


(p)CAVALRY PORTFOLIO SERVICES LLC        (p)CITIFINANCIAL                                Citifinancial
500 SUMMIT LAKE DR                       BANKRUPTCY FORECLOSURE UNIT                     PO Box 183172
STE 400                                  1000 TECHNOLOGY DRIVE                           Columbus OH 43218-3172
VALHALLA NY 10595-2322                   OFALLON MO 63368-2222


DTE Energy                               Michele A. De Witt                              Barbara R. Foley
1 Energy Plaza                           Aldridge Pite, LLP                              Chapter 13 Trustee's Office
Wcb 21                                   4375 Jutland Dr.                                P.O. Box 51109
Detroit MI 48226-1221                    San Diego, CA 92117-3600                        Kalamazoo, MI 49005-1109


GM Financial                             George Joseph George                            Internal Revenue Service
P.O. Box 183834                          Mapes Law Offices                               Centralized Insolvency Unit
Arlington TX 76096-3834                  29 Pearl St. NW Ste 305                         PO Box 7346
                                         Grand Rapids, MI 49503-3019                     Philadelphia, PA 19101-7346


Internal Revenue Service                 John D Bradshaw                                 LVNV Funding LLC
Centralized Insolvency Operation         107 W Michigan Ave.                             PO Box 10497
PO Box 7346                              Kalamazoo MI 49007-3956                         Greenville SC 29603-0497
Philadelphia PA 19101-7346


MI DEPT OF TREASURY                      Jeffrey D. Mapes                                McLaren Greater Lansing
COLLECTION/DIVISION/BANKRUPTCY           Jeffrey D. Mapes, PLC                           7220 Solution Center
PO BOX 30168                             29 Pearl St. NW                                 Chicago IL 60677-7002
LANSING, MI 48909-7668                   Suite 305
                                         Grand Rapids, MI 49503-3019


Michigan Dept of Treasury                (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE     Midland Funding
Tax Collection Enforcement               ATTN BANKRUPTCY UNIT                            8875 Aero Drive Ste 200
Bankruptcy Section                       3024 W GRAND BLVD                               San Diego CA 92123-2255
Treasury Building                        SUITE 12-100
Lansing, MI 48922-0001                   DETROIT MI 48202-6024


Dorothy Jean Moore                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC            SECURITIES & EXCHANGE COMM
331 Fox St. SW                           PO BOX 41067                                    BANKRUPTCY SECTION
Grand Rapids, MI 49507-1548              NORFOLK VA 23541-1067                           175 W. JACKSON BLVD.
                                                                                         SUITE 900
                                                                                         CHICAGO, IL 60604-2815
```

| | | |
|---|---|---|
| Sparrow Health System<br>800 Reliable Parkway<br>Chicago IL 60686-0001 | Spectrum Health<br>PO Box 228<br>Grand Rapids MI 49501-2207 | Third Party Withholding Unit<br>Michigan Dept. of Treasury<br>PO Box 30785<br>Lansing MI 48909-8285 |
| Three Rivers Health<br>701 S Health Parkway<br>Three Rivers MI 49093-9306 | UNITED STATES TRUSTEE<br>THE LEDYARD BUILDING, 2ND FLOOR<br>125 OTTAWA NW, SUITE 200R<br>GRAND RAPIDS, MI 49503-2837 | United Federal Credit Union<br>2807 S State Street<br>Saint Joseph MI 49085-2454 |
| United States Attorney's Offic<br>330 Ionia Ave. NW<br>Ste. 501<br>Grand Rapids MI 49503-2580 | (p)VELO LAW OFFICE<br>1750 LEONARD ST NE<br>GRAND RAPIDS MI 49505-5636 | Wells Fargo Auto Finance<br>PO Box 29704<br>Pheonix AZ 85038-9704 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Cavalry Portfolio Services<br>PO Box 27288<br>Tempe AZ 85285 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore MD 21202 |
| Michigan Unemployment Insurance Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 12-300<br>Detroit, MI 48202 | Portfolio Recovery<br>140 Corporate Blvd.<br>Norfolk VA 23502 | (d)Portfolio Recovery Associates<br>120 Corporate Blvd Ste 100<br>Norfolk VA 23502 |
| Velo Law Office<br>1750 Leonard Street NE<br>Grand Rapids MI 49505 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing, LLC, a Delaware Li | (d)United States Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 200R<br>Grand Rapids, MI 49503-2837 | End of Label Matrix<br>Mailable recipients  39<br>Bypassed recipients   2<br>Total                41 |